No. 97–6071. AWOFOLU v. LOS ANGELES COUNTY SUPERIOR COURT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–6072. BURACZEWSKA v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–6076. CLARK v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–6077. CHAPMAN v. KOZAKIEWICZ, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6081. HUNTER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–6092. BOWLING v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 97–6097. JYAN v. FRANKOVICH ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6098. MACIEL v. GOMEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6099. LOTT v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–6101. JORDAN v. DORSEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–6109. WALKER v. DRAGOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6115. CROSS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 97–6122. BUCHANAN v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97–6124. KING v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 97–6132. LEGROS v. OHIO. Ct. App. Ohio, Seneca County. Certiorari denied.